JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

*Attorney for Plaintiff*
Mitsue Fukuda

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MITSUE FUKUDA,<br><br>          Plaintiff.<br><br>     v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>          Defendant. | CASE NO. 1:23-CV-00500 LEK-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ENTIRE ACTION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED, by and between Plaintiff Mitsue Fukuda ("Plaintiff") and Defendant Cavalry Portfolio Services, LLC ("Defendant"), by and through their undersigned counsel, that all of Plaintiff's claims in the Action against Defendant, and any and all claims that Plaintiff could have raised in the Action against Defendant, shall be and hereby are DISMISSED WITH

PREJUDICE.  Plaintiff and Defendant are to each bear their own respective attorneys' fees and costs.

There are no remaining claims or issues remaining in the Action as between Plaintiff and Defendant.  All appearing parties in the Action have signed this Stipulation through their respective undersigned counsel.

Respectfully submitted this 13th day of September, 2024.

*/s/ Justin A. Brackett*
Justin A. Brackett, Esq.
515 Ward Avenue
Honolulu, HI 96814
(808) 377-6778

*Attorney for Plaintiff*
Mitsue Fukuda

*/s/ Kukui Claydon*
Kukui Claydon, Esq.
Stephen C. Willey (admitted PHV)
Starn O'Toole Marcus & Fisher
733 Bishop Street, Suite 1900
Honolulu, HI 96813
(808) 537-6100

*Attorneys for Defendant*
Cavalry Portfolio Services, LLC

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Fukuda v. Cavalry Portfolio Services, LLC – 1:23-CV-00500 LEK-WRP –
Stipulation for Dismissal with Prejudice of Entire Action